IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:25-00185-KD-N-1 |
| | ) |
| **ISAAC MARTINEZ-PICASO,** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **ISAAC MARTINEZ-PICASO**, by consent appeared along with his counsel of record, Fred Tieman, before the undersigned Magistrate Judge on October 3, 2025, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment, charging a violation of Title 8, United States Code, Section 1326(a), Illegal Reentry.[1]

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **ISAAC MARTINEZ-PICASO**, be adjudged guilty and have sentence imposed accordingly.[2]

---

[1] This action has been designated as "Fast-Track."

[2] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. § 636(b)(1)(c).

Defendant's sentencing hearing before United States District Judge Kristi K. DuBose is set for **November 7, 2025, at 9:00 a.m. (CST)**, pending the adoption of this Report and Recommendation.

    **DONE** this the 7th Day of October, 2025.

                                             */s/ Katherine P. Nelson*
                                             **KATHERINE P. NELSON**
                                             **UNITED STATES MAGISTRATE JUDGE**