# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 1:25-00185-KD-N-1 |
| | ) |
| ISAAC MARTINEZ-PICASO | ) |
|   Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson, and with objections having been waived by the parties, the plea of guilty of the Defendant **ISAAC MARTINEZ-PICASO**, to Count One of the Indictment is now accepted, and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **November 7, 2025, at 9:00 a.m. (Central) in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this **7th** day of **October 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**